# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE EFRAIN MARIN ARANDA,<br><br>　　　　　　　　Defendant. | 8:17CR237<br><br>**ORDER** |

This matter is before the court on defendant's Motion to Extend Deadline to File Pretrial Motions [24]. For good cause shown, I find that the motion should be granted. The defendant will be given a 2-week extension. Pretrial motions shall be filed by August 29, 2017.

**IT IS ORDERED:**

1. Defendant's Motion to Extend Deadline to File Pretrial Motions [24] is granted. Pretrial motions shall be filed on or before August 29, 2017.

2. Defendant is ordered to file the affidavit required by Rule 16(c), Fed. R. Cr. P. and NE. Crim. R. 12.3(a) forthwith.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between August 15, 2017 and August 29, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 16th day of August, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　United States Magistrate Judge